FILED

2019 FEB -6  PM 3: 24

U.S. DISTRICT COURT
DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | JUDGE GWIN |
| | ) | |
| v. | ) | CASE NO. 1:19 CR 75 |
| | ) | Title 18, Section 2119(1), United |
| JOHNNY G. MACK, III, | ) | States Code |
| | ) | |
| Defendant. | ) | |

## COUNT 1

(Carjacking, in violation of Title 18, Section 2119(1), United States Code)

The Grand Jury charges:

On or about December 12, 2018, in the Northern District of Ohio, Eastern Division, Defendant JOHNNY G. MACK, III, with intent to cause death and serious bodily harm, by force, violence, and intimidation, attempted to take a motor vehicle, to wit:  a 2016 Nissan Altima, that had been transported, shipped, and received in interstate commerce from the person and presence of another, by force, violence, and intimidation, in violation of Title 18, Section 2119(1), United States Code.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.